UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X

BOARD OF TRUSTEES OF THE AFTRA
RETIREMENT FUND, on Behalf of Itself
and Others Similarly Situated,

              Plaintiff,

  - against -

JPMORGAN CHASE BANK, N.A.,

              Defendant.

------------------------------------------------------- X

BOARD OF TRUSTEES OF THE
IMPERIAL COUNTY EMPLOYEES'
RETIREMENT SYSTEM, on Behalf of
Itself and Others Similarly Situated,

              Plaintiff,

  - against -

JPMORGAN CHASE BANK, N.A.,

              Defendant.

------------------------------------------------------- X

**ORDER**

09 Civ. 686 (SAS)

09 Civ. 3020 (SAS)

1

INVESTMENT COMMITTEE OF THE
MANHATTAN AND BRONX SERVICE
TRANSIT OPERATING AUTHORITY
PENSION PLAN, on Behalf of Itself and
Others Similarly Situated,

        Plaintiff,

  - against -

JPMORGAN CHASE BANK, N.A.,

        Defendant.

-----------------------------------------------------------X

09 Civ. 4408 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

For the reasons stated on the record in the conference held today in these consolidated cases, the law firm of Barroway Topaz Kessler Meltzer & Check is hereby appointed interim lead class counsel. Barroway Topaz Kessler Meltzer & Check is ordered to organize a committee of plaintiffs' counsel that shall meet no less than once per month. The Clerk of the Court is directed to close the motions to appoint interim lead class counsel (09 Civ. 696, No. 14; 09 Civ. 4408, No. 3).

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
            May 28, 2009

- Appearances -

**For Plaintiffs Board of Trustees of the AFTRA Retirement Fund and Board of Trustees of the Imperial County Employees' Retirement System:**

Darren J. Check, Esq.
Peter H. LeVan, Jr., Esq.
Joseph H. Meltzer, Esq.
Sharan Nirmul, Esq.
Joseph A. Weeden, Esq.
Barroway Topaz Kessler Meltzer
    & Check, LLP
280 King of Prusia Road
Radnor, Pennsylvania 19087
(610) 667-7706

Bradley E. Beckworth, Esq.
Brad E. Seidel, Esq.
Susan Whatley, Esq.
Nix Patterson & Roach, LLP
205 Linda Drive
Daingerfield, Texas 75638
(903) 645-7333

Milo Silberstein, Esq.
Dealy & Silberstein, LLP
225 Broadway, Suite 1405
New York, New York 10007
(212) 385-0066

**For Plaintiff Investment Committee of the Manhattan and Bronx Service Transit Operating Authority Pension Plan:**

Matthew Moylan Guiney, Esq.
Gregory Mark Nespole, Esq.
David Lloyd Wales, Esq.
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue
New York, New York 10016
(212) 545-4600

**For Defendant:**

Lewis Richard Clayton, Esq.
Jonathan Hillel Hurwitz, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3215